# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# ASHLAND DIVISION
## CIVIL ACTION NUMBER: _____

**LAURA ASHLEY SUTTLES**                   **PLAINTIFF**

v.

**RACELAND-WORTHINGTON INDEPENDENT SCHOOLS**                  **DEFENDANT**

## COMPLAINT

### NATURE OF THE ACTION

1. This is a civil action brought by the Plaintiff, Laura Ashley Suttles against Defendant, Raceland-Worthington Independent Schools, for the unlawful termination in violation of Federal Whistleblower Protection Laws. Plaintiff, Laura Ashley Suttles, alleges that she was terminated in retaliation for her intention to report threats of abuse and inappropriate behavior by a special education teacher towards special needs children.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C.§ 1331 as it arises under the laws of the United States, including federal whistleblower protection statutes.

3. Venue is proper in this Judicial District pursuant to 28 U.S.C.§ 1391(b) because the events or omissions giving rise to this claim occurred in Greenup County, Kentucky, being within the Eastern District of Kentucky jurisdiction.

### PARTIES

4. The Plaintiff, Laura Ashley Suttles, is a resident of Greenup, Greenup County, Kentucky. At all relevant times, Laura Ashley Suttles was employed as a paraeducator, also known as

a paraprofessional educator, by the Defendant, Raceland-Worthington Independent Schools.

5. Defendant, Raceland-Worthington Independent Schools, is a public school district located in Greenup County, Kentucky, and operates within the Eastern District of Kentucky.

**FACTUAL ALLEGATIONS**

6. Plaintiff, Laura Ashley Suttles was employed as a paraeducator, also known as a paraprofessional educator by Defendant, Raceland-Worthington Independent Schools from August 1, 2021, until her wrongful termination on June 15, 2024.

7. During Ms. Suttles' employment, she worked closely with special needs children under the supervision of a special needs teacher, Ms. Erin Horn.

8. Plaintiff, Laura Ashley Suttles observed the special education teacher, Ms. Erin Horn engaging in inappropriate and abusive behavior towards special needs children, including but not limited to:

    a) Grabbing their arms in a forceful and harmful manner
    b) Yelling at the children, causing emotional distress

9. Plaintiff, Laura Ashley Suttles, intended to report these issues to her superiors in accordance with school policy and federal regulations protecting the welfare of children with disabilities.

10. She did in fact report to her supervisor including principal and director of special needs.

11. Plaintiff, Laura Ashley Suttles, alleges that her termination was in retaliation for her reporting child abuse or neglect as defined in Kentucky Revised Statute KRS 600.020(1); Kentucky Revises Statute KRS 600.202 (1)(a)(2); Kentucky Revised statute KRS 600.020 (1)(a)(8) regarding the special education teacher's misconduct.

## CLAIMS FOR RELIEF

### COUNT I: VIOLATION OF FEDERAL WHISTLEBLOWER PROTECTION LAWS

12. Plaintiff, Laura Ashley Suttles, realleges and incorporates by reference the allegations contained in paragraphs 1 through 11 as if fully set forth herein.

13. Defendant's actions constitute a violation of federal whistleblower protection laws, specifically the Whistleblowers Protection Act of 1989 (5 U.S.C. § 2302(b)(8)), which prohibits retaliation against employees who disclose information they reasonably believe evidences a violation of any law, rule, or authority, or a substantial and specific danger to public health or safety.

14. As a direct and proximate result of Defendant's unlawful conduct, Plaintiff, Laura Ashley Suttles, has suffered and continues to suffer lost wages, emotional distress and other damages.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, Laura Ashley Suttles respectfully requests that this Court enter judgment in her favor and against Defendant, Raceland-Worthington Independent Schools, and grant the following relief:

   a) Compensation for lost wages, emotional distress, and other damages.

   b) Punitive damages in an amount to be determined at trial.

   c) Attorney's fees and costs incurred in bringing this action.

   d) Any other relief that the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

RESPECTFULLY SUBMITTED,

W. JEFFREY SCOTT, P.S.C.

BY: /s/ Brandon Michael Music
ATTORNEY FOR PLAINTIFF
311 WEST MAIN STREET
P.O. BOX 608
GRAYSON, KENTUCKY 41143
TELEPHONE: (606) 474-5194
FAX: (606) 474-5196
KY BAR ID#: 93785
EMAIL: brandon.m.music@gmail.com

I, LAURA ASHLEY SUTTLES, have read the foregoing and hereby verify that the statements contained herein are true and correct to the best of my knowledge and belief.

_____
LAURA ASHLEY SUTTLES

STATE OF KENTUCKY

COUNTY OF CARTER

Acknowledged, subscribed and sworn to before me by **LAURA ASHLEY SUTTLES** this the ____ day of September 2024.

_____
NOTARY PUBLIC, KENTUCKY STATE AT LARGE

My commission expires: 4/25/2026

Notary ID # KYNP49755