**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 24-90-DLB-EBA**

**LAURA ASHLEY SUTTLES**                                                   **PLAINTIFF**

**v.**                                          <u>**JUDGMENT**</u>

**RACELAND-WORTHINGTON INDEPENDENT**
**SCHOOLS**                                                                  **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered contemporaneously today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, with the Court being otherwise sufficiently advised,

**IT IS ORDERED and ADJUDGED** as follows:

(1)     **JUDGMENT** is entered **in favor of Defendant** on all claims in Plaintiff's Complaint (Doc. # 1);

(2)     This matter is hereby **STRICKEN** from the Court's active docket; and

(3)     This is a **FINAL and APPEALABLE** Order, and no just cause for delay exists.

This 23rd day of April, 2025.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2024\24-90 Judgment.docx